Court of Criminal Appeals of Texas.

Nov. 12, 1952.

### JONES v. STATE.
#### No. 26026.

Court of Criminal Appeals of Texas.

Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100 and confinement in the county jail for a period of one year.

The complaint and information, as well as all other matters of procedure, appear in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.